PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

May 16, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSHUA DAVID PRICE,<br><br>                              Defendant. | CASE NO.  2:24-cr-0121 WBS<br><br>18 U.S.C. § 2422(b) – Attempted Coercion and Enticement; 18 U.S.C. §§ 2428(b) and 2253(a) - Criminal Forfeiture |

## I N D I C T M E N T

The Grand Jury charges: T H A T

JOSHUA DAVID PRICE,

defendant herein, beginning on or about March 19, 2024, and continuing through on or about March 29, 2024, in Placer County and Sacramento County, State and Eastern District of California, and elsewhere, used a means and facility of interstate and foreign commerce to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, to wit: violations of California Penal Code section 288, a lewd or lascivious act, upon the body, or any part or member thereof, of a child who is under the age of 14 years, with the intent of arousing, appealing to, or gratifying the lust, passions, or sexual desires of that person or the child; and California Penal Code section 287(c)(1), oral copulation with a minor, all in violation of Title 18, United States Code, Section 2422(b).

INDICTMENT

1

FORFEITURE ALLEGATION: [18 U.S.C. §§ 2428(b) and 2253(a) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant JOSHUA DAVID PRICE shall forfeit to the United States pursuant to 18 U.S.C. § 2428(b), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from proceeds traceable to said violation, including but not limited to:

    a. A Black Apple iPhone 12 (S/N H4YM63CB0DXP).

3. If any property subject to forfeiture as a result of the offense alleged in Count One of this Indictment, for which defendant is convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b) and Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

_____
PHILLIP A. TALBERT
United States Attorney

INDICTMENT

2

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### JOSHUA DAVID PRICE

## I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 2422(b) – Attempted Coercion and Enticement; 18 U.S.C. § 2428(b) - Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _16th_ _ _ _ _ _ _ _ _ *day*

*of* _ _May_ _ _ _ _ _ _ _ _ , *A.D. 20* _24_ _ _ _

/s/ R.Alvarez
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* **No Bail Warrant Pending Hearing**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

**United States v. Joshua David Price**
**Penalties for Indictment**

**COUNT 1:**               **JOSHUA DAVID PRICE**

VIOLATION:          18 U.S.C. § 2422(b) – Attempted Online Enticement of a Minor

PENALTIES:

        Mandatory minimum of 10 years of imprisonment
        Maximum of life imprisonment
        Maximum $250,000 fine
        Minimum 5 years of supervised release (18 U.S.C. § 3583(k))
        Maximum lifetime supervised release (18 U.S.C. § 3583(k))
        Special Assessment of $5,100 (18 U.S.C. §§ 3013 & 3014)

**FORFEITURE ALLEGATION:**   **JOSHUA DAVID PRICE**

VIOLATION:          18 U.S.C. § 2428(b) - Criminal Forfeiture

PENALTIES:          As stated in the charging document