## <u>SPECIAL CONDITIONS OF RELEASE</u>

Re: Ricky Vega
Case No.: 2:22-CR-0213-KJM
Date: May 20, 2024

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report to the Pretrial Services Agency in the Eastern District of California, located on the second floor of the Robert T. Matsui Federal Courthouse, following your hearing;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours, without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the District of New Jersey, and the Eastern District of Pennsylvania (for work purposes only), and the Eastern District of California (for court purposes only), unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must report any contact with law enforcement to your Pretrial Services Officer within 24 hours; and

10. You must not engage in the business of buying, selling, transporting, or processing catalytic converters or any of its component parts, except as authorized by Pretrial Services through direct and third-party supervision and oversight.