| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender<br>RACHELLE BARBOUR, #185395 |
| 3 | Assistant Federal Defender<br>Office of the Federal Defender |
| 4 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 5 | 916-498-5700<br>Rachelle.Barbour@fd.org |
| 6 | |
| 7 | Attorney for Defendant<br>JOSHUA DAVID PRICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSHUA DAVID PRICE,<br><br>  Defendant. | Case No. 2:24-cr-121-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>New Date:  January 27, 2025<br>Time:         10:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ROGER YANG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, JOSHUA DAVID PRICE, that the Status Conference set for Monday, October 28, 2024, at 10:00 a.m., be continued to Monday, January 27, 2025, at 10:00 a.m. and that time be excluded for the reasons set forth below.

Defense Counsel has received significant discovery that is subject to a protective order and must be reviewed personally with Mr. Price and cannot be left with him at the jail. Investigation is ongoing. Defense Counsel has been reviewing and analyzing the discovery, conducting legal research, meeting with her client, and otherwise preparing for trial. The above tasks are ongoing, and the defense requires additional time to review discovery, discuss the case

with her client and the Government, and continue to prepare.  The Government has indicated that it may seek a superseding indictment regarding acts requiring significant additional discovery to be provided to the Defense.

The parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of January 27, 2025 under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).  The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Dated: October 22, 2024                Respectfully submitted

                                       HEATHER E. WILLIAMS
                                       Federal Public Defender

                                       */s/ Rachelle Barbour*
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       JOSHUA DAVID PRICE

Dated: October 22, 2024                PHILLIP A. TALBERT
                                       United States Attorney

                                       */s/ Roger Yang*
                                       ROGER YANG
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

### **O R D E R**

The Court hereby adopts the new Status Conference date and excludes time for the reasons set forth above under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated:  October 28, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE