HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Rachelle.Barbour@fd.org

Attorney for Defendant
JOSHUA DAVID PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA DAVID PRICE,<br><br>Defendant. | Case No. 2:24-cr-121-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>New Date: July 14, 2025<br>Time:      10:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ROGER YANG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, JOSHUA DAVID PRICE, that the Status Conference set for Tuesday, May 27, 2025, at 10:00 a.m., be continued to **Monday, July 14, 2025, at 10:00 a.m.** and that time be excluded for the reasons set forth below.

Defense Counsel has received significant discovery that is subject to a protective order and must be reviewed personally with Mr. Price and cannot be left with him at the jail. This additional discovery includes native files that must be played for Mr. Price at the jail. Investigation is ongoing. Defense Counsel has been reviewing and analyzing the discovery, conducting legal research, meeting with her client, and otherwise preparing for trial. The

Government has produced additional discovery relevant to an anticipated plea offer and native files must be reviewed by defense counsel at the office of law enforcement. The above tasks are ongoing, and the defense requires additional time to review discovery, discuss the case with her client and the Government, and continue to prepare.

The parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of July 14, 2025 under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4). The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Dated: May 21, 2025          Respectfully submitted

                              HEATHER E. WILLIAMS
                              Federal Public Defender

                              */s/ Rachelle Barbour*
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorneys for Defendant
                              JOSHUA DAVID PRICE

Dated: May 21, 2025          MICHELE BECKWITH
                              Acting United States Attorney

                              */s/ Roger Yang*
                              ROGER YANG
                              Assistant United States Attorney
                              Attorney for Plaintiff

## **O R D E R**

The Court hereby adopts the new Status Conference date and excludes time for the reasons set forth above under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated:  May 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE