HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Rachelle.Barbour@fd.org
Attorney for Defendant
JOSHUA DAVID PRICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>JOSHUA DAVID PRICE,<br>　　　　Defendant. | Case No. 2:24-cr-121-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>New Date: July 21, 2025<br>Time:　　10:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, ROGER YANG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, JOSHUA DAVID PRICE, that the Status Conference set for Monday, July 14, 2025, at 10:00 a.m., be continued to **Monday, July 21, 2025, at 10:00 a.m**. and that time be excluded for the reasons set forth below.

Mr. Price's case is set for a status conference at which he indicated he intended to request the Court to relieve the Federal Defender's Office and appoint panel counsel. Shortly after communicating this, Defense Counsel received a proposed plea agreement from the Government that must be presented to Mr. Price. Unfortunately, yesterday Mr. Price was transferred to the Taft facility (approximately five hours drive away from the courthouse) for his pretrial incarceration.

The parties request that this status conference be continued for a week for the following reasons: (1) so that the Marshals may have Mr. Price in Sacramento in person for the hearing; (2) to provide Defense Counsel with time to present the plea agreement to Mr. Price at his new facility; and (3) so that Defense Counsel may discuss Mr. Price's request to relieve counsel with

him prior to the court date and advise the Court if there have been any changes. Due to the change in pretrial incarceration, Defense Counsel requires additional time discuss the case with her client and continue to prepare for the hearing.

The parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of July 21, 2025 under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4). The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Dated: July 11, 2025                    Respectfully submitted

                                        HEATHER E. WILLIAMS
                                        Federal Public Defender

                                        */s/ Rachelle Barbour*
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JOSHUA DAVID PRICE

Dated: July 11, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney

                                        */s/ Roger Yang*
                                        ROGER YANG
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

## **O R D E R**

The Court hereby adopts the new Status Conference date and excludes time for the reasons set forth above under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: July 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE