KIMBERLY A. SANCHEZ
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>JOSHUA DAVID PRICE,<br>　　　　　　Defendant. | CASE. NO. 2:24-CR-00121 WBS<br><br>ORDER REGARDING EXCLUDABLE TIME UNDER THE SPEEDY TRIAL ACT |

**ORDER**

On July 21, 2025, the Court held a hearing regarding status of counsel. (Doc. 26). As a result of the ex parte proceedings regarding status of counsel, the Court indicated that it would grant defendant's request for new counsel, and Ms. Barbour of the Federal Public Defender's Office indicated that her office would file a substitution once new Criminal Justice Act counsel could be found. The Court continued the matter for appointment of the new counsel and substitution until August 4, 2025, and found excludable time under Local Code T4 for a reasonable time to obtain new counsel, and to ensure continuity of counsel, and to give new counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). After the hearing, Ms. Barbour notified the Court and the government that Ms. Kresta Daly would be substituting into the case.

1  The Court finds that the ends of justice served by granting of such continuance outweighs the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the time between July 21, 2025 and August 4, 2025 is deemed excluded under the Speedy Trial Act under Local Code T4.

Dated:  July 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER                                                    2