| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| | **BARTH DALY LLP** |
| 2 | PO Box F |
| | Winters, California 95694 |
| 3 | Telephone: (916) 440-8600 |
| | Facsimile: (916) 440-9610 |
| 4 | Email: kdaly@barth-daly.com |

Attorneys for Defendant
Joshua Price

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00121-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| JOSHUA PRICE, | |
| Defendant. | Judge: Honorable Dean Coggins. |

**STIPULATION**

1. By previous order this case was set for status conference on October 20, 2025.

2. By this stipulation, the defendants ask to move the status conference to December 1, 2025, and to exclude time between October 20, 2025 and December 1, 2025 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Counsel for defendant was recently appointed and requires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

    (b) Defense counsel was appointed in late July 2025.

    (c) Mr. Price is housed in Mendota, CA. FCI Taft is a three-hour drive from defense counsel's place of business. Defense counsel has not been able to visit Mr. Price in-person since being appointed. Defense counsel has spoken with Mr. Price on the phone and been able to do one video call.

1         (d)     Counsel for defendant believes failure to grant the above-requested

2 continuance would deny them the reasonable time necessary for effective preparation, taking into

3 account the exercise of due diligence.

4         (e)     The government does not object to the continuance.

5         (f)     Based on the above-stated findings, the ends of justice served by

6 continuing the case as requested outweigh the interest of the public and the defendants in a trial

7 within the original date prescribed by the Speedy Trial Act.

8         (g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

9 § 3161, *et seq.*, within which trial must commence, the time period October 20, 2025 and

10 December 1, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

11 [Local Code T4] because it results from a continuance granted by the Court at defendants' request

12 on the basis of the Court's finding that the ends of justice served by taking such action outweigh

13 the best interest of the public and the defendants in a speedy trial.

15 Dated: October 15, 2025.              Respectfully submitted,

17                              By   /s/ Kresta Daly for
                                  Roger Yang
                                  ASSISTANT UNITED STATES ATTORNEY

20 Dated: October 15, 2025.              BARTH DALY LLP

22                              By   /s/ Kresta Nora Daly
                                  KRESTA NORA DALY
                                  Attorneys for JOSHUA PRICE

BARTH DALY LLP
ATTORNEYS AT LAW

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of October 20, 2025 is vacated. The status conference will be reset for **December 1, 2025 at 10:00 a.m.** The Court finds excludable time through December 1, 2025 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: October 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE