Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Joshua Price

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA PRICE,<br><br>　　　　Defendant. | Case No. 2:24-CR-00121-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable William B. Schubb. |

## STIPULATION

1. By previous order this case was set for status conference on December 1, 2025.

2. By this stipulation, the defendant asks to move the status conference until January 12, 2026 and to exclude time between December 1, 2025 and January 12, 2026 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Counsel for defendant was recently appointed and requires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

    (b) Defense counsel was appointed in late July 2025.

    (c) Mr. Price is housed in Mendota, CA. Taft is a three-hour drive from defense counsel's place of business. Defense counsel has not been able to visit Mr. Price since being appointed.

    (d) Counsel for defendant believes failure to grant the above-requested

1  continuance would deny them the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.

3         (e)   The government does not object to the continuance.

4         (f)   Based on the above-stated findings, the ends of justice served by
5  continuing the case as requested outweigh the interest of the public and the defendants in a trial
6  within the original date prescribed by the Speedy Trial Act.

7         (g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
8  § 3161, *et seq.*, within which trial must commence, the time period December 1, 2025 and
9  January 12, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv)
10 [Local Code T4] because it results from a continuance granted by the Court at defendants' request
11 on the basis of the Court's finding that the ends of justice served by taking such action outweigh
12 the best interest of the public and the defendants in a speedy trial.

14 Dated: November 24, 2025.          Respectfully submitted,

16                                    By  /s/ Kresta Daly for
                                          Roger Yang
17                                        ASSISTANT UNITED STATES ATTORNEY

20 Dated: November 24, 2025.          BARTH DALY LLP

21                                    By  /s/ Kresta Nora Daly
22                                        KRESTA NORA DALY
                                          Attorneys for JOSHUA PRICE

- 2 -

# **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of December 1, 2025 is vacated. The status conference will be reset for **January 12, 2026 at 1:30 p.m.** The Court finds excludable time between December 1, 2025 through January 12, 2026 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: November 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE