ERIC GRANT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

Jan 08, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                          Plaintiff,

                  v.

JOSHUA DAVID PRICE,

                          Defendant.

CASE NO.  2:24-CR-00121 WBS

SEXUAL EXPLOITATION OF A CHILD

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges: T H A T

JOSHUA DAVID PRICE,

defendant herein, beginning on or about July 27, 2011, and continuing through on or about August 5, 2011, in Sacramento County, State and Eastern District of California, and elsewhere, did knowingly employ and use a minor, "Minor Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

SUPERSEDING INFORMATION

1

including by computer, all in violation of Title 18, United States Code, Section 2251(a).

FORFEITURE ALLEGATION: [18 U.S.C. § 2428(b) - Criminal Forfeiture]

1.    Upon conviction of the offense alleged in this Superseding Information, defendant JOSHUA DAVID PRICE shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from proceeds traceable to said violation, including but not limited to:

      a.    A digital camera;

      b.    A Vado Video recorder;

      c.    A Western Digital external hard drive; and

      d.    A HP Pavilion computer.

3.    If any property subject to forfeiture as a result of the offense alleged in this Indictment, for which defendant is convicted:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

Dated:  January 8, 2026

ERIC GRANT
United States Attorney


By:  /s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

SUPERSEDING INFORMATION

2

**United States v. Joshua David Price**
**Penalties for Superseding Information**

VIOLATION:          18 U.S.C. § 2251(a) – Sexual Exploitation of a Child

PENALTIES:          Mandatory minimum of 15 years in prison and a maximum of up to 30 years in prison; or
                    Fine of up to $250,000; or both fine and imprisonment
                    Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory)